# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



2014 FEB 28 PM 4: 16

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>ALBA KARINA GARCIA-DIAZ (2),<br><br>               Defendant. | CASE NO. 13CR0157-BEN<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

**X**    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offenses as charged in the Information:

TITLE 21 U.S.C. §952 and 960; TITLE 18 U.S.C. §2.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/25/2014

Hon. Roger T. Benitez
U.S. District Judge